**Order entered October 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00108-CV

### CHARLES R. ALLEN AND JULIE L. ALLEN, Appellants

### V.

### STATE FARM LLOYDS, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-02015-B**

## ORDER

We **GRANT** appellants' October 4, 2016 unopposed motion to extend time to file their

reply brief and **ORDER** the brief be filed no later than November 10, 2016.

/s/      ELIZABETH LANG-MIERS
JUSTICE